# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-57 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Kevin John Ehrich, | |
| Defendant. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: February 29, 2012

                                               s/Richard H. Kyle  
                                               RICHARD H. KYLE  
                                               United States District Judge