# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 12-57 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Kevin John Ehrich, | |
| Defendant. | |

Having reviewed the April 25, 2012, Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and no objections having been filed with respect thereto, the court determines that it is neither clearly erroneous nor contrary to law.

Accordingly, and upon all of the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 33) is **ADOPTED**;

2. Defendant's Motion to Suppress Statements, Admissions and Answers (Doc. No. 16) is **DENIED**.

Dated: June 18, 2012

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge